# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Chad Bernard Cummings                      Docket No. 5:10-CR-161-2F

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chad Bernard Cummings, who, upon an earlier plea of guilty to 18 U.S.C. § 371, Conspiracy to Receive, Conceal or Possess Stolen Mail, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 2, 2010, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

On November 7, 2011, the defendant was resentenced by the Honorable James C. Fox, Senior U.S. District Court Judge to time served and the following additional conditions were added:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Chad Bernard Cummings
Docket No. 5:10-CR-161-2F
Petition For Action
Page 2

Chad Bernard Cummings was released from custody on November 8, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 30, 2011, the defendant was charged in Wake County, North Carolina, with misdemeanor Larceny. He admits that he took an 18-pack of Budwiser beer from the Sheetz gas station without paying for it. He further advised he was intoxicated at the time. Cummings has since been referred to and is participating in intensive outpatient substance abuse counseling. We are recommending that the defendant perform 24 hours of community service as a result of this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Erica W. Foy |
| Jeffrey L. Keller | Erica W. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: December 16, 2011 |

Chad Bernard Cummings
Docket No. 5:10-CR-161-2F
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 19th day of December, 2011, and ordered filed and made a part of the records in the above case.

_____
James C. Fox
Senior U.S. District Judge